UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
MATTHEW SWIFT,

               Plaintiff,             C.A. NO. 2:09-cv-01946-LDW-ARL

-against-

COUNTRYWIDE HOME LOANS, INC.,

               Defendant.
-----------------------------------------------------X

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-captioned action, Matthew Swift and Countrywide Home Loans, Inc., by and through their undersigned counsel hereby stipulate to the dismissal of the above-captioned matter in its entirety, with prejudice and without costs or fees to any party, and waiving all rights of appeal.

SO STIPULATED,

| FOR DEFENDANT | FOR PLAINTIFF |
|---|---|
| By: ALICE A. KOKODIS | By: DANIELA NANAU |
| Edwards Angell Palmer & Dodge LLP | Law Offices of Joshua Friedman |
| 111 Huntington Avenue | 25 Senate Place |
| Boston, MA 02199 | Larchmont, NY 10538 |