**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ AUG 24 2011 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MATTHEW SWIFT,

          Plaintiff,         C.A. NO. 2:09-cv-01946-LDW-ARL

-against-

COUNTRYWIDE HOME LOANS, INC.,

         Defendant.
-----------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-captioned action, Matthew Swift and Countrywide Home Loans, Inc., by and through their undersigned counsel hereby stipulate to the dismissal of the above-captioned matter in its entirety, with prejudice and without costs or fees to any party, and waiving all rights of appeal.

SO STIPULATED,

**FOR DEFENDANT**

By: ALICE A. KOKODIS

Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199

**FOR PLAINTIFF**

By: DANIELA NANAU

Law Offices of Joshua Friedman
25 Senate Place
Larchmont, NY 10538

SO ORDERED.

Dated: Central Islip, N.Y.

8/24, 20 11

s/ Leonard D. Wexler

Leonard D. Wexler
U.S. District Judge